UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                          Case No.  21-10797-AJC
                                          Chapter 7

Aurelio Benavides
        Debtor.
_____/

**MOTION TO REOPEN CHAPTER 7 CASE AND MOTION TO APPROVE POST DISCHARGE REAFFIRMATION AGREEMENT AND REQUEST TO WAIVE FEES**

COMES NOW, Debtor, by and through undersigned counsel and move this Honorable Court to REOPEN CHAPTER 7 CASE TO APPROVE POST DISCHARGE REAFFIRMATION AGREEMENT AND WAIVE FEES, and as grounds therefore states:

1. Debtor filed a Voluntary Petition seeking relief under Chapter 7 of the United States Bankruptcy Code on January 29, 2021.

2. The Discharge of the Debtor was entered by this Court on April 30, 2021.

3. On May 4, 2021, the case was closed by the Clerk.

4. This motion has been agreed to by all parties of interest.

5. The reaffirmation agreement was not filed prior to the discharge date because it was delivered untimely in the mail.

**WHEREFORE**, Debtor, Aurelio Benavides, respectfully requests this Honorable Court to grant Debtor's Motion to Reopen Chapter 7 case and Motion to Approve Post Discharge Reaffirmation Agreement.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2021 a true and correct copy of the foregoing was served via electronic transmission to the parties who currently are on the list to receive e-mail notice/service for this case.

Respectfully submitted,

_____/s/_____
JAMES ALAN POE, P.A.
Attorney for Debtor
Florida Bar No. 107956
9500 S. Dadeland Boulevard
Suite 701
Miami, FL 33156
Telephone: (305) 670-3950
Facsimile:  (305) 670-3951
Email:  jamesapoe@bellsouth.net